# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DAVID WILLIAMS, *on behalf of himself and all others similarly situated*, ) | CASE NO. 5:22-cv-1003 |
| ) | |
| PLAINTIFFS, ) | JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | JUDGMENT ENTRY |
| CG-HHC, INC. d/b/a CAREGIVER, A STEP UP, ) | |
| ) | |
| DEFENDANT. ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the claims in plaintiffs' complaint are dismissed with prejudice, and this case is closed.

**IT IS SO ORDERED**.

Dated: April 8, 2024

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**